## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

BARBARA ANN HARROD,

               Plaintiff,

vs.

CAROLYN W. COLVIN, Acting
Commissioner of the Social Security
Administration,

               Defendant.

8:16-CV-441

MEMORANDUM AND ORDER ON
APPLICATION TO PROCEED IN
FORMA PAUPERIS

The plaintiff, a non-prisoner, has filed an application to proceed in forma pauperis (filing 2). The plaintiff's application demonstrates that the plaintiff is eligible to proceed in forma pauperis.

IT IS ORDERED:

1.    Plaintiff's application to proceed in forma pauperis is granted, and the complaint shall be filed without payment of fees.

2.    This order is entered without prejudice to the Court later entering an order taxing costs in this case. No one, including any plaintiff, is relieved by this order from the obligation to pay or to reimburse taxable costs after this action is over.

Dated this 22nd day of September, 2016.

BY THE COURT:

John M. Gerrard
United States District Judge